Sills Cummis & Gross
A Professional Corporation

The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102
Tel: (973) 643-7000
Fax (973) 643-6500

101 Park Avenue
28th Floor
New York, NY 10178
Tel: (212) 643-7000
Fax: (212) 643-6500

100 Overlook Center, 2nd Floor
Princeton, NJ 08540
Tel: (609) 227-4600
Fax: (609) 227-4646

**Joseph B. Fiorenzo**
**Member**
**Admitted In NJ, NY**
**Direct Dial: 973-643-5499**
**Email: jfiorenzo@sillscummis.com**

October 27, 2020

**Via ECF**

Hon. John Michael Vazquez
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**Re: Stipulation to be So Ordered for Dismissal Without Prejudice**
***One Journal Square Partners Urban Renewal Company LLC, et al. v. Jersey City Redevelopment Agency, et al.*, Docket No. 18-cv-11148 (JMV) (JBC)**

Dear Judge Vazquez:

We represent Plaintiffs in the above-referenced matter and write on behalf of all parties to inform Your Honor that the parties have reached a settlement. Pursuant to instructions from Chambers today, I enclose with this letter a Stipulation of Dismissal Without Prejudice executed by the parties that we respectfully request be so ordered by the Court. It is anticipated that a stipulation of dismissal with prejudice will later be submitted following completion of certain future conditions pursuant to the terms of the settlement agreement. Thank you for your consideration of this request.

Respectfully submitted,

*/s/ Joseph B. Fiorenzo*
Joseph B. Fiorenzo

Encl.
cc: All Counsel of Record (via ECF)

**Joseph B. Fiorenzo, Esq.**
**David L. Cook, Esq.**
**Steven Klein, Esq.**
**SILLS CUMMIS & GROSS, P.C.**
**One Riverfront Plaza**
**Newark, New Jersey 07102**
**Tel. (973) 643-7000**
***Attorneys for Plaintiffs***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ONE JOURNAL SQUARE PARTNERS URBAN RENEWAL COMPANY LLC, ONE JOURNAL SQUARE TOWER NORTH URBAN RENEWAL COMPANY LLC, and ONE JOURNAL SQUARE TOWER SOUTH URBAN RENEWAL COMPANY LLC,<br>Plaintiffs,<br>v.<br>JERSEY CITY REDEVELOPMENT AGENCY, CITY OF JERSEY CITY, and STEVEN FULOP<br>Defendants. | Civil Action No.: 18-11148 (JMV)<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO SETTLEMENT AGREEMENT** |

**IT IS HEREBY** stipulated among the Parties, through their undersigned counsel, that Plaintiffs' Second Amended Complaint in this matter is hereby dismissed, without prejudice, and without costs to any Party, subject to the express preconditions set forth in Section 2 of that certain Settlement Agreement, effective as of October 21, 2020, among the Parties, which express preconditions are incorporated herewith as if set forth in full herein, including but not limited to the tolling and relation back of the statutes of limitations for all claims in the Second Amended Complaint to the date of the filing of the initial complaint in the Federal Court Litigation, regardless of whether such limitations periods have expired. This Stipulation may be signed cumulatively, and the signatures shall be read so as to constitute a single instrument which may be filed with the Court at any time by any Party hereto.

**SILLS CUMMIS & GROSS, P.C.**
Attorneys for Plaintiffs One Journal Square Partners Urban Renewal Company LLC, One Journal Square Tower North Urban Renewal Company LLC, and One Journal Square Tower South Urban Renewal Company LLC

Dated: October 23, 2020

By: *_/s/ Joseph B. Fiorenzo_*
JOSEPH B. FIORENZO

**MCMANIMON, SCOTLAND & BAUMANN, LLC**
Attorneys for Defendant Jersey City Redevelopment Agency

Dated: October ____, 2020 By: ______________________________
WILLIAM W. NORTHGRAVE

**LITE DEPALMA GREENBERG, LLC**
Attorneys for Defendant City of Jersey City

Dated: October ____, 2020 By: ______________________________
VICTOR A. AFANADOR

**WHIPPLE AZZARELLO, LLC**
Attorneys for Defendant Steven Fulop

Dated: October ____, 2020 By: ______________________________
JOHN A. AZZARELLO

**SO ORDERED:**

Dated: ____________, 2020 ______________________________
HON. JOHN MICHAEL VAZQUEZ, U.S.D.J.

**MCMANIMON, SCOTLAND & BAUMANN, LLC**
Attorneys for Defendant Jersey City Redevelopment Agency

Dated: October ____, 2020 By: ___________________________________
WILLIAM W. NORTHGRAVE

**LITE DEPALMA GREENBERG, LLC**
Attorneys for Defendant City of Jersey City

Dated: October 23, 2020 By: /s/ Victor A. Afanador
VICTOR A. AFANADOR

**WHIPPLE AZZARELLO, LLC**
Attorneys for Defendant Steven Fulop

Dated: October ____, 2020 By: ___________________________________
JOHN A. AZZARELLO

**SO ORDERED:**

Dated: ____________, 2020 ___________________________________
HON. JOHN MICHAEL VAZQUEZ, U.S.D.J.

**MCMANIMON, SCOTLAND & BAUMANN, LLC**
Attorneys for Defendant Jersey City Redevelopment Agency

Dated: October ____, 2020

By: ______________________________
WILLIAM W. NORTHGRAVE

**LITE DEPALMA GREENBERG, LLC**
Attorneys for Defendant City of Jersey City

Dated: October ____, 2020

By: ______________________________
VICTOR A. AFANADOR

**WHIPPLE AZZARELLO, LLC**
Attorneys for Defendant Steven Fulop

Dated: October 23, 2020

By: /s/ John A. Azzarello
JOHN A. AZZARELLO

**SO ORDERED:**

Dated: ____________, 2020

______________________________
HON. JOHN MICHAEL VAZQUEZ, U.S.D.J.