**Joseph B. Fiorenzo, Esq.**
**David L. Cook, Esq.**
**Steven Klein, Esq.**
**SILLS CUMMIS & GROSS, P.C.**
**One Riverfront Plaza**
**Newark, New Jersey 07102**
**Tel. (973) 643-7000**
***Attorneys for Plaintiffs***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ONE JOURNAL SQUARE PARTNERS URBAN RENEWAL COMPANY LLC, ONE JOURNAL SQUARE TOWER NORTH URBAN RENEWAL COMPANY LLC, and ONE JOURNAL SQUARE TOWER SOUTH URBAN RENEWAL COMPANY LLC,<br>Plaintiffs,<br>v.<br>JERSEY CITY REDEVELOPMENT AGENCY, CITY OF JERSEY CITY, and STEVEN FULOP<br>Defendants. | Civil Action No.: 18-11148 (JMV)<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO SETTLEMENT AGREEMENT** |

**IT IS HEREBY** stipulated among the Parties, through their undersigned counsel, that Plaintiffs' Second Amended Complaint in this matter is hereby dismissed, without prejudice, and without costs to any Party, subject to the express preconditions set forth in Section 2 of that certain Settlement Agreement, effective as of October 21, 2020, among the Parties, which express preconditions are incorporated herewith as if set forth in full herein, including but not limited to the tolling and relation back of the statutes of limitations for all claims in the Second Amended Complaint to the date of the filing of the initial complaint in the Federal Court Litigation, regardless of whether such limitations periods have expired. This Stipulation may be signed cumulatively, and the signatures shall be read so as to constitute a single instrument which may be filed with the Court at any time by any Party hereto.

**SILLS CUMMIS & GROSS, P.C.**
Attorneys for Plaintiffs One Journal Square Partners Urban Renewal Company LLC, One Journal Square Tower North Urban Renewal Company LLC, and One Journal Square Tower South Urban Renewal Company LLC

Dated: October 23, 2020

By: *_/s/ Joseph B. Fiorenzo_*
JOSEPH B. FIORENZO

**MCMANIMON, SCOTLAND & BAUMANN, LLC**
Attorneys for Defendant Jersey City Redevelopment Agency

Dated: October ____, 2020 By: ______________________
WILLIAM W. NORTHGRAVE

**LITE DEPALMA GREENBERG, LLC**
Attorneys for Defendant City of Jersey City

Dated: October ____, 2020 By: ______________________
VICTOR A. AFANADOR

**WHIPPLE AZZARELLO, LLC**
Attorneys for Defendant Steven Fulop

Dated: October ____, 2020 By: ______________________
JOHN A. AZZARELLO

**SO ORDERED:**

Dated: ____________, 2020 ______________________
HON. JOHN MICHAEL VAZQUEZ, U.S.D.J.

**MCMANIMON, SCOTLAND & BAUMANN, LLC**
Attorneys for Defendant Jersey City Redevelopment Agency

Dated: October ____, 2020

By: ________________________________
WILLIAM W. NORTHGRAVE

**LITE DEPALMA GREENBERG, LLC**
Attorneys for Defendant City of Jersey City

Dated: October 23, 2020

By: /s/ Victor A. Afanador
VICTOR A. AFANADOR

**WHIPPLE AZZARELLO, LLC**
Attorneys for Defendant Steven Fulop

Dated: October ____, 2020

By: ________________________________
JOHN A. AZZARELLO

**SO ORDERED:**

Dated: ____________, 2020

________________________________
HON. JOHN MICHAEL VAZQUEZ, U.S.D.J.

**MCMANIMON, SCOTLAND & BAUMANN, LLC**
Attorneys for Defendant Jersey City Redevelopment Agency

Dated: October ____, 2020 By: ______________________________
WILLIAM W. NORTHGRAVE

**LITE DEPALMA GREENBERG, LLC**
Attorneys for Defendant City of Jersey City

Dated: October ____, 2020 By: ______________________________
VICTOR A. AFANADOR

**WHIPPLE AZZARELLO, LLC**
Attorneys for Defendant Steven Fulop

Dated: October 23, 2020 By: /s/ John A. Azzarello
JOHN A. AZZARELLO

**SO ORDERED:**

Dated: October 27, 2020 ______________________________
HON. JOHN MICHAEL VAZQUEZ, U.S.D.J.