Joseph B. Fiorenzo, Esq.
David L. Cook, Esq.
**SILLS CUMMIS & GROSS, P.C.**
**One Riverfront Plaza**
Newark, New Jersey 07102
Tel. (973) 643-7000
*Attorneys for Plaintiffs*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ONE JOURNAL SQUARE PARTNERS URBAN RENEWAL COMPANY LLC, ONE JOURNAL SQUARE TOWER NORTH URBAN RENEWAL COMPANY LLC, and ONE JOURNAL SQUARE TOWER SOUTH URBAN RENEWAL COMPANY LLC, <br><br> Plaintiffs, <br><br> v. <br><br> JERSEY CITY REDEVELOPMENT AGENCY, CITY OF JERSEY CITY, and STEVEN FULOP, <br><br> Defendants. | Civil Action No.: 18-11148 (JMV) <br><br> **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT AGREEMENT** |

**IT IS HEREBY** stipulated among the Parties, through their undersigned counsel, that Plaintiffs' Second Amended Complaint in this matter is hereby dismissed, with prejudice, and without costs to any Party. This Stipulation shall be effective upon execution by all parties and may be signed cumulatively, and the signatures shall be read so as to constitute a single instrument, which may be filed with the Court at any time by any Party hereto.

**SILLS CUMMIS & GROSS, P.C.**
Attorneys for Plaintiffs One Journal Square Partners Urban Renewal Company LLC, One Journal Square Tower North Urban Renewal Company LLC, and One Journal Square Tower South Urban Renewal Company LLC

Dated: June 7, 2021      By: _____
                JOSEPH B. FIORENZO
                DAVID L. COOK

1

**MCMANIMON, SCOTLAND & BAUMANN, LLC**
Attorneys for Defendant Jersey City Redevelopment Agency

Dated: June 8, 2021    By: _____
                           WILLIAM W. NORTHGRAVE

**LITE DEPALMA GREENBERG, LLC**
Attorneys for Defendant City of Jersey City

Dated: June 23, 2021    By: *Victor A. Afanador*
                            VICTOR A. AFANADOR

**WHIPPLE AZZARELLO, LLC**
Attorneys for Defendant Steven Fulop

Dated: June 7, 2021    By: _____
                           JOHN A. AZZARELLO

**SO ORDERED:**

Dated: 6/28/21, 2021    _____
                        HON. JOHN MICHAEL VAZQUEZ, U.S.D.J.

2